AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) |
| --- | --- |
| v. | ) |
| KIM DOTCOM | ) Case No. 1:12CR3 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KIM DOTCOM                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state:   Alexandria, VA

_____
*Printed name and title*

**COPY**

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
FINN HABIB BATATO

)
)
) Case No. 1:12CR3
)
)
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FINN HABIB BATATO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state:  Alexandria, VA

_____
*Printed name and title*

COPY

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
JULIUS BENCKO

)
)
)
)
)
)

Case No. 1:12CR3

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JULIUS BENCKO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state: Alexandria, VA

_____
*Printed name and title*

**COPY**

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
SVEN ECHTERNACH )
)
) Case No. 1:12CR3
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SVEN ECHTERNACH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state: Alexandria, VA

_____
*Printed name and title*

**COPY**

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____  _____  *Arresting officer's signature*  _____  *Printed name and title* |

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
MATHIAS ORTMANN

)
)
)
)
)

Case No. 1:12CR3

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MATHIAS ORTMANN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state: Alexandria, VA

_____
*Printed name and title*

COPY

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    _____
*Arresting officer's signature*
_____
*Printed name and title* |

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>ANDRUS NOMM<br><br>*Defendant* | )<br>)<br>)  Case No. 1:12CR3<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ANDRUS NOMM                                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement


Date: 01/05/2012                                      _____
                                                                        *Issuing officer's signature*

City and state:   Alexandria, VA                         _____
                                                                        *Printed name and title*

COPY

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                      _____<br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    _____<br>                                                                                    *Printed name and title* |

By AUSA Ryan Dickey

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
BRAM VAN DER KOLK

Case No. 1:12CR3

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRAM VAN DER KOLK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering, Conspiracy to Commit Money Laundering, Conspiracy to Commit Copyright Infringement, Criminal Copyright Infringement

Date: 01/05/2012

_____
*Issuing officer's signature*

City and state: Alexandria, VA

_____
*Printed name and title*

COPY

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

By AUSA Ryan Dickey