# Criminal Case Cover Sheet (REDACTED)                              U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No _X_     Judge Assigned: __Judge O'Grady__
City __Ashburn, Virginia__  Superseding Indictment __X__   Criminal Number: __1:12CR3__
County/Parish __Loudoun County__  Same Defendant __X__ New Defendant _____
                                Magistrate Judge Case Number _____ Arraignment Date: _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____
                                Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # __N/A__

Defendant Name: __KIM DOTCOM__   Alias Name(s) __KIM SCHMITZ; KIM TIM JIM VESTOR__
Address: __Auckland, New Zealand__
Employment: __N/A__

Birth date __xx/xx/1974__ SS# __N/A__   Sex __M__ Def Race __White__   Nationality __Finland & Germany__   Place of Birth __Kiel, Germany__
Height __6'4" - 6'6"__ Weight __322__ Hair __Blonde / Brown__ Eyes _____ Scars/Tattoos _____
Interpreter: _X_ No ___ Yes  List language and/or dialect: __N/A__   Automobile Description __N/A__

**Location Status:**

Arrest Date __1/20/2012__
_X_ Already in Federal Custody as of __1/20/2012__ in __New Zealand__
___ Already in State Custody      ___ On Pretrial Release      ___ Not in Custody
_X_ Arrest Warrant Requested      ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending        _X_ Detention Sought         ___ Bond _____

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____
Address: _____  ___ Retained          _____
Telephone: _____  ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Jay V. Prabhu__  Telephone No: __(703) 299-3700__   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: __2/16/12__   Signature of AUSA: _____

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____ 1:12CR3 _____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)                                      U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _X_   Judge Assigned: __Judge O'Grady__
City __Ashburn, Virginia__ Superseding Indictment __X__ Criminal Number: __1:12CR3__
County/Parish __Loudoun County__ Same Defendant __X__ New Defendant _____
                            Magistrate Judge Case Number _____ Arraignment Date: _____
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____
                            Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _X_ FBI # __N/A__

Defendant Name: __MEGAUPLOAD LIMITED__ Alias Name(s) _____
Address: __Wanchai, Hong Kong__
Employment: __N/A__

Birth date __N/A__ SS# __N/A__ Sex __ Def Race __N/A__ Nationality __N/A__ Place of Birth __N/A__
Height __N/A__ Weight ___ Hair __N/A__ Eyes __N/A__ Scars/Tattoos __N/A__
   Interpreter: __No__ ___ Yes List language and/or dialect: __N/A__ Automobile Description __N/A__

**Location Status:**
Arrest Date __N/A__
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody
___ Arrest Warrant Requested     ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought        ___ Bond _____

**Defense Counsel Information:**
Name: _____            ___ Court Appointed    Counsel conflicted out: _____
Address: _____         ___ Retained           _____
Telephone: _____       ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA __Jay V. Prabhu__ Telephone No: __(703) 299-3700__ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

|       | Code/Section         | Description of Offense Charged          | Count(s) | Capital/Felony/Misd/Petty |
|-------|----------------------|-----------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1962(d)  | Conspiracy to commit racketeering       | 1        | Felony                    |
| Set 2 | 18 U.S.C. § 371      | Conspiracy to commit copyright infringement | 2    | Felony                    |
| Set 3 | 18 U.S.C. § 1956(h)  | Conspiracy to commit money laundering   | 3        | Felony                    |

(May be continued on reverse)

Date: __2/16/12__   Signature of AUSA: _____

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):**      1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)   U.S. District Court

**Place of Offense:**   Under Seal: Yes ___ No _X_   Judge Assigned: Judge O'Grady
City _Ashburn, Virginia_   Superseding Indictment _X_   Criminal Number: _1:12CR3_
County/Parish _Loudoun County_   Same Defendant _X_   New Defendant _____
Magistrate Judge Case Number _____   Arraignment Date: _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _X_   FBI # _N/A_

Defendant Name: _VESTOR LIMITED_   Alias Name(s) _____
Address: _Wanchai, Hong Kong_
Employment: _N/A_

Birth date _N/A_   SS# _N/A_   Sex _Def_   Race _N/A_   Nationality _N/A_   Place of Birth _N/A_
Height _N/A_   Weight ___   Hair _N/A_   Eyes _N/A_   Scars/Tattoos _N/A_
Interpreter: _No_ ___Yes   List language and/or dialect: _N/A_   Automobile Description _N/A_

**Location Status:**
Arrest Date _N/A_
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

**Defense Counsel Information:**
Name: _____   ___ Court Appointed   Counsel conflicted out: _____
Address: _____   ___ Retained
Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA _Jay V. Prabhu_   Telephone No: _(703) 299-3700_   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: _2/16/12_   Signature of AUSA: _[signature]_

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk)**     1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No _X_    Judge Assigned: _Judge O'Grady_

City _Ashburn, Virginia_   Superseding Indictment _X_    Criminal Number: _1:12CR3_

County/Parish _Loudoun County_   Same Defendant _X_    New Defendant _____

Magistrate Judge Case Number _____    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_   FBI # _N/A_

Defendant Name: _FINN HABIB BATATO_    Alias Name(s) _____

Address: _Munich, Germany_

Employment: _N/A_

Birth date _xx/xx/1973_ SS# _N/A_   Sex _M_ Def Race _White_   Nationality _Germany_   Place of Birth _Frankfurt, Germany_

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_   Automobile Description _N/A_

**Location Status:**

Arrest Date _1/20/2012_

_X_ Already in Federal Custody as of _1/20/2012_ in _New Zealand_

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_   Telephone No: _(703) 299-3700_    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: _2/16/12_    Signature of AUSA: _____

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):**                 1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C. § 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of Offense:**     Under Seal: Yes ___ No _X_     Judge Assigned: _Judge O'Grady_

City _Ashburn, Virginia_    Superseding Indictment ___X___    Criminal Number: _1:12CR3_

County/Parish _Loudoun County_    Same Defendant ___X___ New Defendant _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes ___ No _X_ FBI # _N/A_

**Defendant Name:** _JULIUS BENCKO_    Alias Name(s) _____

**Address:** _Slovakia_

**Employment:** _N/A_

Birth date _xx/xx/1976_ SS# _N/A_    Sex _M_ Def Race _White_    Nationality _Slovakia_    Place of Birth _Rožnava, Slovakia_

Height _____ Weight _____ Hair _Brown_ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_    Automobile Description _N/A_

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_    Telephone No: _(703) 299-3700_    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: _2/16/12_    Signature of AUSA: _[signature]_

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** 1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _X___     Judge Assigned: Judge O'Grady

City __Ashburn, Virginia__    Superseding Indictment ___X___ Criminal Number: 1:12CR3

County/Parish __Loudoun County__    Same Defendant ___X___ New Defendant _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes ___ No _X_ FBI # __N/A__

**Defendant Name:** SVEN ECHTERNACH    **Alias Name(s)** SVEN HENDRIK MICHAEL THIES ECHTERNACH

**Address:** Frankfurt am Main, Germany

**Employment:** N/A

Birth date xx/xx/1972 SS# N/A    Sex M Def Race White    Nationality Germany    Place of Birth Kassel, Germany

Height 6'    Weight ___ Hair Brown Eyes ___ Scars/Tattoos ___

Interpreter: X No ___ Yes List language and/or dialect: N/A    Automobile Description N/A

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Jay V. Prabhu    Telephone No: (703) 299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: 2/16/12    Signature of AUSA: _[signature]_

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):**      1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

# Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _X_     Judge Assigned: __Judge O'Grady__

City __Ashburn, Virginia__    Superseding Indictment ___X___    Criminal Number: __1:12CR3__

County/Parish __Loudoun County__    Same Defendant ___X___ New Defendant _____

                Magistrate Judge Case Number _____ Arraignment Date: _____

                Search Warrant Case Number _____

                R 20/R 40 from District of _____

                Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_   FBI # __N/A__

Defendant Name: __MATHIAS ORTMANN__    Alias Name(s) _____

Address: __Wan Chai, Hong Kong__

Employment: __N/A__

Birth date __xx/xx/1971__ SS# __N/A__ Sex __M__ Def Race __White__ Nationality __Germany__ Place of Birth __Munich, Germany__

Height _____ Weight _____ Hair __Brown__ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: __N/A__ Automobile Description __N/A__

**Location Status:**

Arrest Date __1/20/2012__

_X_ Already in Federal Custody as of __1/20/2012__ in __New Zealand__

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Jay V. Prabhu__ Telephone No: __(703) 299-3700__ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: __2/16/12__ Signature of AUSA: _____

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):**     1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C. § 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)   U.S. District Court

**Place of Offense:**   Under Seal: Yes ___ No X   Judge Assigned: Judge O'Grady

City   Ashburn, Virginia   Superseding Indictment ___X___   Criminal Number: 1:12CR3

County/Parish   Loudoun County   Same Defendant ___X___   New Defendant _____

  Magistrate Judge Case Number _____ Arraignment Date: _____

  Search Warrant Case Number _____

  R 20/R 40 from District of _____

  Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes ___ No X   FBI # N/A

**Defendant Name:** ANDRUS NOMM   Alias Name(s) _____

**Address:** Estonia

**Employment:** N/A

Birth date xx/xx/1979 SS# N/A   Sex M Def Race White   Nationality Estonia   Place of Birth Estonia

Height 6'1"   Weight ___   Hair Blonde   Eyes ___   Scars/Tattoos _____

Interpreter: X No ___ Yes List language and/or dialect: N/A   Automobile Description N/A

**Location Status:**

Arrest Date 1/21/2012

X Already in Federal Custody as of 1/21/2012 in Netherlands

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Jay V. Prabhu   Telephone No: (703) 299-3700   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: 2/16/12   Signature of AUSA: _[signature]_

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):**     1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

# Criminal Case Cover Sheet (REDACTED)        U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No _X_    Judge Assigned: _Judge O'Grady_

City _Ashburn, Virginia_    Superseding Indictment _X_    Criminal Number: _1:12CR3_

County/Parish _Loudoun County_    Same Defendant _X_    New Defendant ___

Magistrate Judge Case Number ___    Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile -- Yes ___ No _X_   FBI # _N/A_

Defendant Name: _BRAM VAN DER KOLK_   Alias Name(s) _BRAMOS_

Address: _Auckland, New Zealand_

Employment: _N/A_

Birth date _xx/xx/1982_ SS# _N/A_ Sex _M_ Def Race _White_ Nationality _Dutch_ Place of Birth _Zwolle, Netherlands_

Height _5'10"_ Weight ___ Hair _Brown_ Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_ Automobile Description _N/A_

**Location Status:**

Arrest Date ___ _1/20/2012_

_X_ Already in Federal Custody as of _1/20/2012_ in _New Zealand_

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: ___    ___ Court Appointed    Counsel conflicted out: ___

Address: ___    ___ Retained

Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_    Telephone No: _(703) 299-3700_    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |

(May be continued on reverse)

Date: _2/16/12_ Signature of AUSA: _[signature]_

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** 1:12CR3

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 2, 2319; and 17 U.S.C.§ 506 | Criminal copyright infringement | 4 - 8 |
| Set 5 | 18 U.S.C. §§ 2, 1343 | Fraud by wire, and aiding & abetting of fraud by wire | 9 - 13 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |