IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | |
| Plaintiff,                                       ) | |
| ) | The Honorable Liam O'Grady |
| ) | |
| v.                                                 ) | |
| ) | 12 CR 3 |
| ) | |
| KIM DOTCOM, et al.,                    ) | |
| ) | |
| Defendants.                                 ) | |

## [PROPOSED] PROTECTIVE ORDER FOR THE BENEFIT OF NON-PARTY CARPATHIA HOSTING, INC.

In consideration of the motion and supporting documents filed by non-party Carpathia Hosting, Inc. ("Carpathia"),

It is hereby ORDERED that a protective order for the benefit of Carpathia is hereby entered in accordance with the terms of the motion filed by Carpathia on March 20, 2012.

Dated: March __, 2012

_____
Judge Liam O'Grady
United States District Court Judge