# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | The Honorable Liam O'Grady |
| ) | |
| v. ) | |
| ) | 12 CR 3 |
| ) | |
| KIM DOTCOM, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF THERESA PITTINGER
## IN SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER
## BY NON-PARTY CARPATHIA HOSTING, INC.

**THERESA PITTINGER**, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am over the age of eighteen and fully competent to make this declaration, and I have personal knowledge of the facts stated herein.

2. I am the Controller for Carpathia Hosting, Inc. ("Carpathia"), and I have worked for Carpathia since February 2009. My duties include managing all accounting functions for Carpathia.

3. Carpathia is currently storing and maintaining 1,103 computer servers that were previously made available for use, for a fixed monthly fee, to Megaupload ("Mega"), for use by the Megaupload and Megavideo websites (hereinafter "Mega Servers").

4. These Mega Servers have a total storage capacity greater than 28 petabytes (equivalent to 28 million gigabytes) of data.

5. Carpathia owns the Mega Servers and has maintained physical possession of the Mega Servers. The Mega Servers were made available for use, for a fixed monthly fee, to

Mega and Carpathia does not own and cannot access the data Mega has stored on the Mega Servers, except to delete the data entirely.

6. In the ordinary course of Carpathia's business, when a customer becomes unable to pay their service fees or is otherwise terminated as a customer, Carpathia wipes any data on the servers and reprovisions them for other customers.

7. Carpathia has not reprovisioned the Mega Servers because of the third party interests in the data they contain.

8. The data center spaces where 1,003 of the Mega Servers currently reside was obtained by Carpathia pursuant to leases with Equinix Operating Co, Inc. ("Equinix") throughout North America. The Mega Servers cannot remain in the Equinix facilities, because Carpathia's leases have been terminated and the Mega Servers must be removed prior to April 6, 2012. The remaining 100 Mega Servers currently reside in a Phoenix, AZ data center leased by Carpathia from Digital Phoenix Van Buren, LLC.

9. The daily costs of maintaining the Mega Servers in climate controlled Equinix facilities with power sufficient to operate the servers is over $9,000 per day.

10. Carpathia is in the process of moving the Mega Servers to one of its own data centers, where they will be powered down and placed in storage. The cost of transporting the Mega Servers to that data center is over $65,000. After transporting the servers to its own data center, Carpathia will place the powered-down Mega Servers in a climate-controlled physical space that has an allocated leased cost of over $37,000 per month.

11. The Mega Servers have a current book value of approximately one million two hundred fifty thousand dollars, ($1,250,000) and they could be repurposed if they were not being used to store the data related to the Megaupload and Megavideo websites.

12.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 20, 2012

                                                                          */s/ Theresa Pittinger*
                                                                          Theresa Pittinger