# Exhibit D

# Marc Zwillinger

| | |
|---|---|
| **From:** | Prabhu, Jay (USAVAE) <Jay.Prabhu@usdoj.gov> |
| **Sent:** | Friday, March 02, 2012 6:26 PM |
| **To:** | McNicholas, Edward R. |
| **Cc:** | Green, Thomas C.; ira@techfirm.com; Hopson, Mark D.; Berenson, Bradford; Jared@techfirm.com; Marc Zwillinger; Wiechering, Bob (USAVAE); Klumb, Eric (CRM); Kelly, Lindsay A. (USAVAE) |
| **Subject:** | RE: Megaupload Letter |

Thanks, Ed. We have reviewed your letters, we do have some issues with them, and are working on a fuller response that lays out our positions.

In addition, at 4:36 PM EST today, the government submitted the following e-mail to Marc Zwillinger:

"Marc:

As I indicated on the phone previously, the government had not previously been advised of the specific terms or even the general tenor of the proposed agreement between Carpathia and the civil attorneys for Megaupload Limited. Our initial view is that there are significant potential issues raised by the draft. Though your client and Megaupload Limited are free to deal with each other on whatever terms you wish, you and Megaupload have both asked for some assurances from the government. We are still working on our position on the assurances sought, and, as I indicated, it will be a few days until I can provide you with a response on those. I hope you will inform Megaupload's counsel, but let me know if you would like us to forward a response to them directly.

We further understand that your client has provided full access to Megaupload's computer forensic team to the computer servers owned by your client and leased by Megaupload. As we previously indicated, we have no objection to them doing forensic analysis of these computers. We would note that we had been specifically told by their counsel that your client was not going to allow them any access to these computers prior to resolution of debts to your client. My understanding from you is that your client never imposed this condition, and so we are gratified that the situation apparently is not as we were told and Megaupload has actually been given the full access to the servers that they have sought."

Have a great weekend and we will be in touch soon.

J.

**Jay V. Prabhu**
**Chief, Cybercrime Unit**
**Assistant United States Attorney**
**U.S. Attorney's Office for the Eastern District of Virginia**
**2100 Jamieson Avenue, Alexandria, VA 22314**
**703.299.3842 (direct); 703.299.3981 (fax)**
**jay.prabhu@usdoj.gov**

---

**From:** McNicholas, Edward R. [mailto:emcnicholas@sidley.com]
**Sent:** Thursday, March 01, 2012 4:29 PM
**To:** Wiechering, Bob (USAVAE); Prabhu, Jay (USAVAE)

**Cc:** Green, Thomas C.; ira@techfirm.com; Hopson, Mark D.; Berenson, Bradford; Jared@techfirm.com; Marc Zwillinger
**Subject:** Megaupload Letter

Dear Bob and Jay --

Further to the most recent letter from Tom on February 27th, attached please find a letter about the Carpathia servers and data.

Sincerely,

Ed

**Edward R. McNicholas**
**Sidley Austin LLP**
1501 K Street, N.W. | Washington, DC 20005
Office direct: (202) 736-8010

www.Sidley.com/InfoLaw

*MESSAGE MAY CONTAIN INFORMATION THAT IS SUBJECT TO CONFIDENTIALITY RESTRICTIONS. PLEASE DELETE IF YOU ARE NOT THE INTENDED RECIPIENT.*

-------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*****************************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.


*****************************************************************************************
**********