IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Liam O'Grady |
| | ) | |
| v. | ) | |
| | ) | 12 CR 3 |
| | ) | |
| KIM DOTCOM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF HEARING ON EMERGENCY MOTION FOR PROTECTIVE ORDER BY
NON-PARTY CARPATHIA HOSTING, INC.**

Please take notice that non-party Carpathia Hosting, Inc. respectfully requests that the

Court hear oral argument on its Emergency Motion for Protective Order at its earliest

opportunity on a date after April 7, 2012, if possible.

Dated: March 20, 2012                Respectfully submitted,

SNR Denton US LLP

*/s/  Christopher L. Harlow__*
BY: Christopher L. Harlow  (Bar No. 74966)
1301 K Street NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400  Telephone
(202) 408-6399  Facsimile
charlow@snrdenton.com
*Attorneys for Carpathia Hosting, Inc.*

Of counsel:

Marc J. Zwillinger
Robert F. Huff Jr.
ZwillGen PLLC
1705 N Street, NW
Washington, DC 20036
(202) 296-3585
*Attorneys for Carpathia Hosting, Pro Hac Vice Applications Pending*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Ed McNicholas
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Counsel to Megaupload Limited*

Ira Rothken
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
*Counsel to Megaupload Limited*

Cindy A. Cohn
Legal Director and General Counsel
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Counsel to Electronic Frontier Foundation*

Stephen Fabrizio
Jenner & Block
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
*Counsel to Motion Picture Association of America*

*/s/  Christopher L. Harlow*

Christopher L. Harlow  (Bar No. 74966)
SNR Denton US LLP
1301 K St. NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400  Telephone
(202) 408-6399  Facsimile
charlow@snrdenton.com