IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | )<br>)<br>) | The Honorable Liam O'Grady |
| v. | )<br>)<br>) | 12 CR 3 |
| KIM DOTCOM, et al., | )<br>)<br>) | |
| Defendants. | ) | |

**AMENDED NOTICE OF HEARING ON EMERGENCY MOTION FOR PROTECTIVE ORDER BY NON-PARTY CARPATHIA HOSTING, INC.**

Please take notice that non-party Carpathia Hosting, Inc. respectfully requests that the Court hear oral argument on its Emergency Motion for Protective Order at 10:00 am on April 13, 2012.

Dated: March 21, 2012

Respectfully submitted,

SNR Denton US LLP

*/s/ Christopher L. Harlow*
BY: Christopher L. Harlow (Bar No. 74966)
1301 K Street NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400  Telephone
(202) 408-6399  Facsimile
charlow@snrdenton.com
*Attorneys for Carpathia Hosting, Inc.*

Of counsel:

Marc J. Zwillinger
Robert F. Huff Jr.
ZwillGen PLLC
1705 N Street, NW
Washington, DC 20036
(202) 296-3585
*Attorneys for Carpathia Hosting, Pro Hac Vice Applications Pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Ed McNicholas
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Counsel to Megaupload Limited*

Ira Rothken
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
*Counsel to Megaupload Limited*

Cindy A. Cohn
Legal Director and General Counsel
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Counsel to Electronic Frontier Foundation*

Stephen Fabrizio
Jenner & Block
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
*Counsel to Motion Picture Association of America*

*/s/ Christopher L. Harlow*
Christopher L. Harlow (Bar No. 74966)
SNR Denton US LLP
1301 K St. NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400 Telephone
(202) 408-6399 Facsimile
charlow@snrdenton.com