IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  Crim. No. 1:12CR 3  , Case Name  United States of America v. Kim DotCom, et al.
Party Represented by Applicant:  Non-Party Carpathia Hosting, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Marc Jay Zwillinger
Bar Identification Number  451665          State  District of Columbia
Firm Name  ZwillGen PLLC
Firm Phone #  (202) 296-3585      Direct Dial #  (202) 706-5202      FAX #  (202) 706-5298
E-Mail Address  Marc@zwillgen.com
Office Mailing Address  1705 N Street NW, Washington, DC 20036

Name(s) of federal court(s) in which I have been admitted  District of Columbia, Northern District of Illinois, District of Colorado, and the First, Third, Fifth, Seventh, Ninth, Tenth and Eleventh Circuit Court of Appeals, U.S. Supreme Court.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Christopher L. Harlow
(Typed or Printed Name)

March 19, 2012
(Date)
74966
(VA Bar Number)

Court Use Only:
Clerk's Fee Paid  ✓  receipt # 422-2961189   or Exemption Granted _____

The motion for admission is GRANTED  ✓  or DENIED _____

/s/
(Judge's Signature)
Liam O'Grady
United States District Judge

3/22/12
(Date)