IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | The Honorable Liam O'Grady |
| | ) | |
| KIM DOTCOM, et al., | ) | |
| | ) | Criminal No. 1:12-CR-3 |
| Defendants | ) | |
| | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the motion filed by non-parties Sidley Austin LLP and the Rothken Firm and for the reasons stated in support thereof, it is hereby

ORDERED that attorneys from Sidley Austin LLP and the Rothken Firm are granted leave to enter limited appearances on behalf of Defendants Megaupload Limited and Kim Dotcom for the purposes of (a) filing and litigating a motion under *United States v. Farmer* and (b) seeking to preserve evidence relevant to this case, including by responding to the motion for a protective order filed by Carpathia Hosting, Inc.

It is further ORDERED that, after the Court's resolution of any motion filed under *United States v. Farmer*, counsel entering limited appearances pursuant to this Order may at their option withdraw their appearances without seeking further approval from this Court.

Dated: April __, 2012

_____
Judge Liam O'Grady
United States District Judge