IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | The Honorable Liam O'Grady |
| ) | |
| KIM DOTCOM, et al., ) | |
| ) | Criminal No. 1:12-CR-3 |
| Defendants ) | |
| ) | |

**NOTICE OF HEARING ON MOTION OF SIDLEY AUSTIN LLP
AND THE ROTHKEN FIRM FOR LEAVE TO ENTER LIMITED APPEARANCE
ON BEHALF OF MEGAUPLOAD LIMITED AND KIM DOTCOM**

PLEASE TAKE NOTICE that on Friday, April 13, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, non-parties Sidley Austin LLP and the Rothken Firm will move the Court for an order granting the relief sought in their Motion of Sidley Austin LLP and the Rothken Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom.

Respectfully submitted,

*/s/ Griffith L. Green*_____
Thomas C. Green
Griffith L. Green (VSB # 38936)
Edward R. McNicholas
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (fax)
tcgreen@sidley.com
ggreen@sidley.com

- 2 -

        Ira P. Rothken
        THE ROTHKEN FIRM
        3 Hamilton Landing
        Suite 280
        Novato, CA 94949
        (415) 924-4250
        (415) 924-2905 (fax)
        ira@techfirm.net

*Counsel for Sidley Austin LLP and the Rothken Firm*

Dated: March 30, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, the foregoing Notice of Hearing on Motion of Sidley Austin LLP and the Rothken Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom was filed and served electronically by the Court's CM/ECF system upon all registered users, and by first-class mail, postage prepaid, upon the following:

>Jay V. Prahbu
>Robert W. Wiechering
>United States Attorney's Office
>Eastern District of Virginia
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

>*/s/ Griffith L. Green*_____
>Griffith L. Green (VSB # 38936)