# EXHIBIT A

## Smith, Paul M

| | |
|---|---|
| **From:** | Bart Huff [bart@zwillgen.com] |
| **Sent:** | Monday, March 12, 2012 5:57 PM |
| **To:** | Wilkens, Scott B |
| **Cc:** | Marc Zwillinger; Smith, Paul M |
| **Subject:** | RE: Carpathia Hosting -- Servers relating to Megaupload |

Scott

As I said on the phone a couple minutes ago, after consulting with my client, we will agree not to make any transfer of the servers to Megaupload without giving you prior notice so that you can seek judicial relief if you deem it necessary. In return, I appreciate that you have committed to seeking from your client a reciprocal assurance that you will not seek judicial relief tomorrow and that you give us prior notice before filing any type of action relating to the servers at any point in time. Finally, I also appreciate that you have committed to informing us whether your client would support a disposition of the servers that resulted in them being placed, unpowered, in a storage facility controlled by Carpathia.

I look forward to hearing from you soon.

Bart Huff
ZwillGen PLLC
300 N LaSalle St, Suite 4925
Chicago, IL 60654
bart@zwillgen.com
(312) 685-2278 (direct)

www.zwillgen.com



CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be legally privileged. If you are not the intended recipient, do not disclose, copy, distribute, or use this email or any attachments. If you have received this in error please let the sender know and then delete the email and all attachments.

**From:** Wilkens, Scott B [mailto:SWilkens@jenner.com]
**Sent:** Monday, March 12, 2012 3:19 PM
**To:** Bart Huff
**Cc:** Marc Zwillinger; Smith, Paul M
**Subject:** FW: Carpathia Hosting -- Servers relating to Megaupload

FYI in case the earlier email did not come through.

Scott B. Wilkens
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6072
Fax (202) 661-4832
SWilkens@jenner.com

1