# EXHIBIT B

## Smith, Paul M

**From:** Bart Huff [bart@zwillgen.com]
**Sent:** Thursday, March 15, 2012 6:55 PM
**To:** Smith, Paul M
**Cc:** Englund, Steve; Carpenter, Julie M; Wilkens, Scott B; Marc Zwillinger
**Subject:** RE: follow up

Paul

Carpathia has authorized me to beef up the assurance as you have requested. We will give you 7 days' notice prior to transferring ownership of the servers to Megaupload or any other third party other than the government (transfer of ownership to whom you have no objection).

I look forward to hearing from you on the preservation issue.

Bart Huff
ZwillGen PLLC
300 N LaSalle St, Suite 4925
Chicago, IL 60654
bart@zwillgen.com
(312) 685-2278 (direct)

www.zwillgen.com



CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be legally privileged. If you are not the intended recipient, do not disclose, copy, distribute, or use this email or any attachments. If you have received this in error please let the sender know and then delete the email and all attachments.

**From:** Smith, Paul M [mailto:PSmith@jenner.com]
**Sent:** Thursday, March 15, 2012 9:24 AM
**To:** Bart Huff
**Cc:** Englund, Steve; Carpenter, Julie M; Wilkens, Scott B
**Subject:** follow up

Bart-
On behalf of the MPAA I can confirm that we do not object to Carpathia choosing to power down and store the servers in a suitable location. I am not yet able to answer your further question on our position regarding reprovisioning of the servers. Can you let me know when we can finalize the language embodying Carpathia's additional assurances about not transferring the servers to third parties (other than the government) absent seven days' notice? Thanks for your continued cooperation.
Paul

**Paul M. Smith**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412