IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __12-cr-3__, Case Name __United States v. Dotcom__
Party Represented by Applicant: __Motion Picture Association of America__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Paul March Smith__
Bar Identification Number __358870__   State __DC__
Firm Name __Jenner & Block, LLP__
Firm Phone # __(202) 639-6000__   Direct Dial # __(202) 639-6060__   FAX # __(202) 639-6066__
E-Mail Address __psmith@jenner.com__
Office **Mailing** Address __1099 New York Avenue, NW, Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted __D.D.C. and S.D.N.Y.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ Paul M. Smith__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Julie M. Carpenter__   __3/30/12__
(Signature)   (Date)
__Julie M. Carpenter__   __30421__
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____   _____
(Judge's Signature)   (Date)

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 2, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

| | |
|---|---|
| Jay V. Prabhu<br>Chief, Cybercrime Unit<br>Assistant United States Attorney<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314 | Cindy A. Cohn<br>Legal Director and General Counsel<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>*Counsel to Electronic Frontier Foundation* |
| Ed McNicholas<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>*Counsel to Megaupload Limited* | Christopher L. Harlow<br>SNR Denton US LLP<br>1301 K St. NW, Suite 600, East Tower<br>Washington, DC 20005<br>(202) 408-6400 Telephone<br>(202) 408-6399 Facsimile<br>charlow@snrdenton.com<br>*Counsel to Carpathia Hosting, Inc.* |
| Ira Rothken<br>Rothken Law Firm<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>*Counsel to Megaupload Limited* | Marc J. Zwillinger<br>Robert F. Huff Jr.<br>ZwillGen PLLC<br>1705 N Street, NW<br>Washington, DC 20036<br>(202) 296-3585<br>*Counsel to Carpathia Hosting, Inc.* |

Dated: April 2, 2012        By: /s/ Julie M. Carpenter
                   Julie M. Carpenter

                   JENNER & BLOCK LLP
                   Julie Carpenter (Virginia Bar No. 30421)
                   Paul M. Smith (*Pro Hac Vice to be Filed*)
                   1099 New York Ave., N.W.
                   Suite 900
                   Washington, DC 20001
                   Phone: 202-639-6000
                   Fax: 202-639-6066

                   *Attorneys for Motion Picture Association of America*