IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | The Honorable Liam O'Grady |
| ) | |
| KIM DOTCOM, et al., ) | |
| ) | Criminal No. 1:12-CR-3 |
| Defendants ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF
MOTION OF SIDLEY AUSTIN LLP AND THE ROTHKEN FIRM
FOR LEAVE TO ENTER LIMITED APPEARANCE ON BEHALF OF
<u>MEGAUPLOAD LIMITED AND KIM DOTCOM</u>**

Non-parties Sidley Austin LLP and the Rothken Firm hereby withdraw their Motion for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom (docket no. 48) and provide notice of that withdrawal.

Respectfully submitted,

*/s/ Griffith L. Green*
Thomas C. Green
Griffith L. Green (VSB # 38936)
Edward R. McNicholas
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
tcgreen@sidley.com
ggreen@sidley.com


                                               Ira P. Rothken  
                                               THE ROTHKEN FIRM  
                                               3 Hamilton Landing  
                                               Suite 280  
                                               Novato, CA 94949  
                                               (415) 924-4250  
                                               (415) 924-2905 (fax)  
                                               ira@techfirm.net

                                               *Counsel for Sidley Austin LLP and the Rothken Firm*

Dated:  April 5, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2012, the foregoing Notice of Withdrawal of Motion of Sidley Austin LLP and the Rothken Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom was filed and served electronically by the Court's CM/ECF system upon all registered users, and by first-class mail, postage prepaid, upon the following:

>Jay V. Prahbu
>Robert W. Wiechering
>United States Attorney's Office
>Eastern District of Virginia
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

>*/s/ Griffith L. Green*_____
>Griffith L. Green (VSB # 38936)