IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIM DOTCOM, et al., )<br>)<br>Defendants )<br>) | The Honorable Liam O'Grady<br><br>Criminal No. 1:12-CR-3 |

**MOTION OF QUINN EMANUEL URQUHART & SULLIVAN LLP
AND THE ROTHKEN LAW FIRM FOR LEAVE TO
ENTER LIMITED APPEARANCE ON BEHALF OF
<u>MEGAUPLOAD LIMITED AND KIM DOTCOM</u>**

Non-parties Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm, on their own behalf, respectfully move this Court for leave (1) to enter limited appearances on behalf of Defendants Megaupload Limited and Kim Dotcom for purposes of (a) filing a motion under *United States v. Farmer*, 274 F.3d 800 (4th Cir. 2001), and (b) seeking to preserve evidence critical to the defense of this case, including by filing a response to the motion for a protective order filed by Carpathia Hosting, Inc., and (2) to withdraw their limited appearances at their option after the Court's resolution of the *Farmer* motion.

The grounds supporting this Motion are stated with particularity in the concurrently filed Memorandum in Support of the Motion of Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom.

A proposed order is attached.

Respectfully submitted,

*/s/ Paul F. Brinkman*_____
William A. Burck
Paul F. Brinkman (VSB # 35950)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
paulbrinkman@quinnemanuel.com

Ira P. Rothken
THE ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm*

Dated:  April 5, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2012, the foregoing Motion of Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom was filed and served electronically by the Court's CM/ECF system upon all registered users, and by first-class mail, postage prepaid, upon the following:

> Jay V. Prahbu
> Robert W. Wiechering
> United States Attorney's Office
> Eastern District of Virginia
> Justin W. Williams U.S. Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314

*/s/ Paul F. Brinkman*
Paul F. Brinkman (VSB # 35950)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | The Honorable Liam O'Grady |
| | ) | |
| KIM DOTCOM, et al., | ) | |
| | ) | Criminal No. 1:12-CR-3 |
| Defendants | ) | |
| | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the motion filed by non-parties Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm and for the reasons stated in support thereof, it is hereby

ORDERED that attorneys from Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm are granted leave to enter limited appearances on behalf of Defendants Megaupload Limited and Kim Dotcom for the purposes of (a) filing and litigating a motion under *United States v. Farmer* and (b) seeking to preserve evidence relevant to this case, including by responding to the motion for a protective order filed by Carpathia Hosting, Inc.

It is further ORDERED that, after the Court's resolution of any motion filed under *United States v. Farmer*, counsel entering limited appearances pursuant to this Order may at their option withdraw their appearances without seeking further approval from this Court.

Dated: April __, 2012

_____
Judge Liam O'Grady
United States District Judge