IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KIM DOTCOM, et al., ) <br> ) <br> Defendants ) <br> ) | The Honorable Liam O'Grady <br><br> Criminal No. 1:12-CR-3 |

**NOTICE OF HEARING ON MOTION OF QUINN EMANUEL URQUHART & SULLIVAN LLP AND THE ROTHKEN LAW FIRM FOR LEAVE TO ENTER LIMITED APPEARANCE ON BEHALF OF MEGAUPLOAD LIMITED AND KIM DOTCOM**

PLEASE TAKE NOTICE that on Friday, April 13, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, non-parties Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm will move the Court for an order granting the relief sought in their Motion of Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom.

Respectfully submitted,

*/s/ Paul F. Brinkman*_____
William A. Burck
Paul F. Brinkman (VSB # 35950)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
paulbrinkman@quinnemanuel.com

- 2 -

        Ira P. Rothken
        THE ROTHKEN LAW FIRM
        3 Hamilton Landing
        Suite 280
        Novato, CA 94949
        (415) 924-4250
        (415) 924-2905 (fax)
        ira@techfirm.net

        *Counsel for Quinn Emanuel Urquhart &*
        *Sullivan LLP and the Rothken Law Firm*

Dated:  April 5, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2012, the foregoing Notice of Hearing on Motion of Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom was filed and served electronically by the Court's CM/ECF system upon all registered users, and by first-class mail, postage prepaid, upon the following:

>Jay V. Prahbu
>Robert W. Wiechering
>United States Attorney's Office
>Eastern District of Virginia
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

>/s/ Paul F. Brinkman
>Paul F. Brinkman (VSB # 35950)