IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIM DOTCOM, et al., )<br>)<br>Defendants )<br>) | The Honorable Liam O'Grady<br><br>Criminal No. 1:12-CR-3 |

**MOTION OF DEFENDANT MEGAUPLOAD FOR LEAVE TO FILE CORRECTED EXHIBIT A TO ITS MOTION TO FILE *NUNC PRO TUNC* [PROPOSED] RESPONSE TO THE EMERGENCY MOTION FOR PROTECTIVE ORDER OF NON-PARTY CARPATHIA HOSTING, INC.**

Defendant Megaupload Limited ("Megaupload") respectfully moves the Court for leave to file a corrected Exhibit A to its Motion to File *Nunc Pro Tunc* [Proposed] Response to the Emergency Motion for Protective Order of Non-Party Carpathia Hosting, Inc. ("proposed Response"), D.E. 66. A copy of corrected Exhibit A is appended hereto. As grounds for this motion, Megaupload respectfully states that, given the lateness of the filing, the time pressures faced by Megaupload and undersigned counsel, and the number of component parts that needed to be coordinated, certain errors and omissions—primarily technical and nonsubstantive—were reflected in the proposed Response previously filed as Exhibit A to the *Nunc Pro Tunc* motion, D.E. 66-1. Given the short period of time that has elapsed since the initial filing, we do not foresee that grant of this motion would prejudice any party. Accordingly, upon identifying those errors and omissions, Megaupload respectfully requests leave to correct them, and to correct them promptly, with apologies to all concerned, by substituting the CORRECTED proposed Response that is attached hereto.

Respectfully submitted,


*/s/ Paul Brinkman*
William A. Burck
Derek L. Shaffer
Paul Brinkman (VSB # 35950)
QUINN EMANULE URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
paulbrinkman@quinnemanuel.com

Ira P. Rothken
THE ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload Limited*

Dated:  April 6, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2012, the foregoing MOTION OF DEFENDANT MEGAUPLOAD FOR LEAVE TO FILE CORRECTED EXHIBIT A TO ITS MOTION TO FILE *NUNC PRO TUNC* [PROPOSED] RESPONSE TO THE EMERGENCY MOTION FOR PROTECTIVE ORDER OF NON-PARTY CARPATHIA HOSTING, INC. was filed and served electronically by the Court's CM/ECF system upon all registered users.

                                                        */s/ Paul Brinkman*
                                        Paul Brinkman (VSB # 35950)