IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KIM DOTCOM, et al., ) <br> ) <br> Defendants. ) <br> ) | The Honorable Liam O'Grady <br><br> Criminal No. 1:12-CR-3 |

## MOTION FOR SUBSTITUTION OF CO-COUNSEL

Interested party the Rothken Law Firm respectfully seeks to substitute Paul F. Brinkman (VSB # 35950) and the law firm Quinn Emanuel Urquhart & Sullivan LLP in place of Griffith L. Green (VAB # 38936) and the law firm Sidley Austin LLP as co-counsel in this case. In support of this motion, the Rothken Law Firm states:

1. On March 30, 2012, Sidley Austin LLP filed on its own behalf and on behalf of the Rothken Law Firm a Motion for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom in this case. Dkt. Nos. 48-49.

2. On April 5, 2012, Sidley Austin LLP and the Rothken Law Firm filed a notice of withdrawal of their Motion for Leave to Enter a Limited Appearance in this case. Dkt. No. 58.

3. Also on April 5, 2012, Quinn Emanuel Urquhart & Sullivan LLP filed on its own behalf and on behalf of the Rothken Law Firm a Motion for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom in this case. Dkt. Nos. 59-60.

4. Sidley Austin LLP no longer will serve as counsel in this case.

5. The withdrawal and substitution of counsel will not alter any deadlines in this matter or cause any prejudice.

WHEREFORE, the Rothken Law Firm respectfully requests that the Court grant it leave to substitute Paul F. Brinkman and Quinn Emanuel Urquhart & Sullivan, LLP as co-counsel in this matter for the purpose of seeking to enter a limited appearance on behalf of Megaupload and Kim Dotcom.

Respectfully submitted,

*/s/ Paul F. Brinkman*
William A. Burck
Derek L. Shaffer
Paul F. Brinkman (VSB # 35950)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
paulbrinkman@quinnemanuel.com

Ira P. Rothken
THE ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

Dated:  April 6, 2012                                  *Counsel for Defendant Megaupload Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2012, the foregoing MOTION TO SUBSTITUTE CO-COUNSEL was filed and served electronically by the Court's CM/ECF system upon all registered users.

          */s/ Paul F. Brinkman*
          Paul F. Brinkman (VSB # 35950)