IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:12CR3 |
| KIM DOTCOM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **PRAECIPE FOR ENTRY OF APPEARANCE**

To the Clerk:

Please enter the appearance of Lindsay A. Kelly, Assistant United States Attorney for the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

    Respectfully submitted,

    Neil H. MacBride
    UNITED STATES ATTORNEY


    By: /s/ Lindsay A. Kelly
    Lindsay A. Kelly
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3700
    Fax: (703) 299-3981
    lindsay.a.kelly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will send a notification of filing (NEF) to:

Christopher L. Harlow, Esq.
SNR Denton US LLP
1301 K Street NW, Suite 600, East Tower
Washington, DC 20005
Tele: (202) 408-6816
**christopher.harlow@snrdenton.com**
*Counsel for Carpathia Hosting, Inc.*

Ira P. Rothken, Esq.
The Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
Tele: (415) 924-4250
**ira@techfirm.net**
*Counsel for The Rothken Law Firm*

William A. Burck, Esq.
Paul F. Brinkman, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
1299 Pennsylvania Avenue NW, Suite 825
Washington, DC 20004
Tele: (202) 538-8000
**williamburck@quinnemanuel.com**
**paulbrinkman@quinnemanuel.com**
*Counsel for Quinn Emanuel Urquhart & Sullivan LLP*

John S. Davis, Esq.
Williams Mullen
200 South 10th Street, 16th Floor
Richmond, VA 23219
Tele: (804) 420-6296
**jsdavis@williamsmullen.com**
*Counsel for Kyle Goodwin*

Julie Moore Carpenter, Esq.
Jenner & Block LLP
1099 New York Ave, NW, Suite 900
Washington, DC 20001-4412
Tele: (202) 639-6000
**jcarpenter@jenner.com**
*Counsel for Motion Picture Association of America*

   /s/ Lindsay A. Kelly
Lindsay A. Kelly
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tele: 703-299-3700
Fax: 703-299-3981
lindsay.a.kelly@usdoj.gov