

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

FILED
APR 1 2 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:12 CR 3_____, Case Name United States v. Kim Dotcom, et al

Party Represented by Applicant: _____ The Rothken Law Firm

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) IRA PERRY ROTHKEN
Bar Identification Number 160029_____ State CA
Firm Name ROTHKEN LAW FIRM
Firm Phone # 415-924-4250_____ Direct Dial #_____ FAX # 415-924-2905
E-Mail Address ira@techfirm.net
Office **Mailing** Address 3 HAMILTON LANDING, STE 280, NOVATO CA 94949

Name(s) of federal court(s) in which I have been admitted ND CA, CD CA, SD CA, ED WI, 9th Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not X ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        4/5/12
(Signature)                    (Date)
Paul Brinkman                 35950
(Typed or Printed Name)       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ____VTC____ *or* Exemption Granted _____

The motion for admission is GRANTED ✓____ *or* DENIED _____

_____        April 12, 2012
(Judge's Signature) /s/        (Date)
Liam O'Grady
United States District Judge