# EXHIBIT A

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

CHAMBERS OF
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

TELEPHONE: (703) 299-2121
FACSIMILE: (703) 299-3379

March 23, 2012

Mr. Thomas C. Green
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

and

Mr. Neil H. MacBride
Mr. Jay V. Prabhu
United States Department of Justice
United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

  Re: *United States v. Kim Dotcom, et al.*, Criminal No. 1:12-cr-3

Gentlemen,

  In response to the letters recently submitted to chambers regarding *United States v. Kim Dotcom, et al.*, the Court finds it necessary to remind parties that any matter in need of the Court's attention should be raised by formal motion. Pursuant to Local Rule 7(E) the parties may notice the motion for a hearing or waive oral argument. However, should the parties desire to appear before the Court, they must do so in the courtroom, on the record.

  The Court is unaware of any limitations that would prevent a law firm from filing a motion for limited appearance on its own behalf. Should such restrictions exist, interested parties are invited to submit briefs to the Court detailing these limitations. Otherwise, the parties may proceed as indicated, by formal motion.

              Sincerely,

              Liam O'Grady
              United States District Judge