## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria, Virginia

| | |
|---|---|
| UNITED STATES ) | |
| ) | 12cr03 (LO) |
| v. ) | |
| ) | |
| KIM DOTCOM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## FINANCIAL DISCLOSURE STATEMENT OF NON-PARTIES
## <u>MICROHITS, INC. AND VALCOM, INC.</u>

Pursuant to Local Criminal Rule 12.4, non-parties Microhits, Inc. ("Microhits") and Valcom, Inc. ("Valcom") hereby file the instant Financial Disclosure Statement.

Microhits and Valcom state as follows:

1) ValCom is a publicly traded company that has been in business since 1983. The company has over 2,000 shareholders and owns numerous subsidiaries:

   - Valencia Entertainment International: Film and Audio library (100% owned by ValCom);
   - My Family TV: Television Network with over 90 affiliated stations across the United States (100% owned by ValCom);
   - Five Platters, Inc. (100% owned by ValCom);
   - ValCom Broadcasting (45% owner of KVPS-TV in Palm Springs, CA);
   - ValCom Publishing (45% owner of Brentwood Magazine).

Microhits, Inc. is not a publicly-traded company.

2) There exists no publicly held company that owns 10% or more of the stock of Microhits;

3) The majority owner of Microhits consists as follows: Anthony Barlo, of Los Angeles, California.

        Respectfully submitted,

        _____/s/_____
Thomas M. Dunlap, Esq.
Virginia Bar No. 44016
W. Clifton Holmes, Esq.
Virginia Bar No. 78157
David Ludwig, Esq.
Virginia Bar No. 73157
Dunlap, Grubb & Weaver PLLC
199 Liberty St, SW
Leesburg, VA 20175
(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dglegal.com
cholmes@dglegal.com
dludwig@dglegal.com

April 12, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon the following:

        Paul Fredrick Brinkman
        Quinn Emanuel Urquhart & Sullivan LLP
        1299 Pennsylvania Ave NW
        Suite 825
        Washington, DC 20004
        paulbrinkman@quinnemanuel.com
        Counsel for: Interested Party

        Julie Moore Carpenter
        Jenner & Block LLP
        1099 New York Ave, NW
        Suite 900
        Washington, DC 20001-4412
        jcarpenter@jenner.com
          Counsel for:
          Paramount Pictures Corporation
          Sony Pictures Entertainment Inc.
          Twentieth Century Fox Film Corporation
          Universal City Studios LLC
          Walt Disney Studios Motion Pictures
          Warner Bros. Entertainment Inc.

        John Staige Davis, V
        Williams Mullen (Richmond)
        200 South 10th Street
        16th Floor
        Richmond, VA 23219
        jsdavis@williamsmullen.com
        Counsel for: Interested Party

        Griffith Lowell Green
        Sidley Austin Brown & Wood LLP
        1501 K St NW
        Washington, DC 20005
        ggreen@sidley.com
        Counsel for: Interested Party

        Christopher Loren Harlow
        SNR Denton US LLP (DC)
        1301 K St NW

Suite 600, East Tower
Washington, DC 20005
christopher.harlow@snrdenton.com
Counsel for: Carpathia Hosting, Inc.

Jay V Prabhu
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
jay.prabhu@usdoj.gov
Counsel for the United States