Date: 04-13-12   Judge: LIAM O'GRADY    Reporter: N. Linnell
Time: 10:11 to 11:04                    Interpreter: _____
                                        Language: _____

UNITED STATES of AMERICA

   Vs.

KIM DOTCOM; MEGAUPLOAD LIMITED;         1:12CR00003
VESTOR LIMITED; FINN BATATO;            Case Number
JULIUS BENCKO; SVEN ECHTERNACH;
MATHIAS ORTMANN; ANDRUS NOMM; and
BRAM VAN DER KOLK
Defendant's Name


_____          Jay Prabhu, Lindsay Kelly
Counsel for Defendant                   Counsel for Government

Matter called for:

(X) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Plea
( )Arraignment ( )Appeal from USMC ( ) Sentencing ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg (  )Pre-Indictment Plea () Other: _____

Defendant appeared: (X) in person    ( ) Failed to Appear
                    (X) with Counsel ( ) without Counsel ( ) through counsel

Filed in open Court:
( ) Criminal Information ( )Plea Agreement ( )Statement of Facts ( ) Waiver of Indictment

Arraignment & Plea:
( ) WFA ( ) FA ( ) PG ( ) PNG Trial by Jury: ( )Demanded ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) _____
Motion for Dismissal of Count(s)_____ ( ) by U.S. ( ) by deft.
( ) Order entered in open court    ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No
Case continued to _____ at_____ ( )Jury Trial ( )Bench Trial ( )Pre-
Guidelines Sentencing( )Guidelines Sentencing
( ) U.S. Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied
( ) Sentence of _____ Months heretofore imposed is reduced to a term of _____
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release
Court ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Motions [38, 59, 66, 67, and 69] argued and taken under advisement. Order to follow.