AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-CR-00003-LO |
| Kim Dotcom, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carpathia Hosting, Inc.

Date: 04/24/2011

/s/ Thomas R. Millar
*Attorney's signature*

Thomas R. Millar (Bar No. 78829)
*Printed name and bar number*

SNR Denton US LLP
1301 K St. NW - Suite 600, East Tower
Washington, DC 20005

*Address*

thomas.millar@snrdenton.com
*E-mail address*

(202) 408-6400
*Telephone number*

(202) 408-6399
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2012, the foregoing Entry of Appearance was filed and served electronically by using the court's CM/ECF system upon the following registered users:

**Paul Fredrick Brinkman**
   paulbrinkman@quinnemanuel.com

**Julie Moore Carpenter**
   jcarpenter@jenner.com,docketing@jenner.com

**John Staige Davis , V**
   jsdavis@williamsmullen.com

**Griffith Lowell Green**
   ggreen@sidley.com

**Christopher Loren Harlow**
   christopher.harlow@snrdenton.com

**Lindsay Androski Kelly**
   lindsay.a.kelly@usdoj.gov,ccaudle@usa.doj.gov

**Jay V Prabhu**
   jay.prabhu@usdoj.gov,usavae.alx.ecf.frcc@usdoj.gov

*/s/ Thomas R. Millar*
Thomas R. Millar
SNR Denton US LLP
1301 K St. NW - Suite 600 East Tower
Washington, DC 20005