IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | The Honorable Liam O'Grady |
| Plaintiff, ) | |
| ) | Case No. 1:12-cr-00003-LO |
| v. ) | |
| ) | |
| KIM DOTCOM, *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF HEARING ON**
**MOTION OF KYLE GOODWIN FOR THE RETURN OF**
**PROPERTY PURSUANT TO 18 U.S.C. § 1963 AND/OR FEDERAL RULE OF**
**CRIMINAL PROCEDURE 41(g)**

Please take notice that on Friday, June 29, 2012, at 10:00 a.m., this Court will hold a hearing on Interested Party Kyle Goodwin's Motion for the Return of Property Pursuant to 18 U.S.C. § 1963 and/or Federal Rule of Criminal Procedure 41(g), filed this date.

Dated:  May 25, 2012            Respectfully submitted,

                                                                      /s/ John S. Davis
John S. Davis
WILLIAMS MULLEN
200 So. 10th St.
Richmond, VA 23218
Telephone: (804) 420-6296
Facsimile: (804) 420-6507
Email: jsdavis@williamsmullen.com

Julie P. Samuels
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: julie@eff.org

Abraham D. Sofaer
THE HOOVER INSTITUTION
Stanford University
434 Galvez Mall
Stanford, CA 94305-6010
Telephone: (650) 723-1754
Email: asofaer@stanford.edu

*Attorneys for Interested Party Kyle Goodwin*