UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| KIM DOTCOM *et al.*, | ) |
| | ) The Honorable Liam O'Grady |
| *Defendants*. | ) Criminal No. 1:12CR3 |
| | ) |

### RESPONSE OF MPAA MEMBER STUDIOS TO INTERESTED PARTY KYLE GOODWIN'S MOTION FOR RETURN OF PROPERTY

As one of the interested non-parties who have responded to the pending motion by Carpathia Hosting for a protective order to sort out preservation issues relating to the servers leased by Megaupload ("Mega Servers"), the MPAA Members[1] offer this brief response to Kyle Goodwin's motion seeking access to those servers.

In the current motion, Mr. Goodwin asks the Court to exercise its equitable jurisdiction to allow him access to the Mega Servers to retrieve material he previously uploaded to Megaupload. The MPAA Members are sympathetic to legitimate users who may have relied on Megaupload to store their legitimately acquired or created data, although the Megaupload terms of use clearly disclaimed any guarantee of continued access to uploaded materials. However, the MPAA Members' position continues to be that if the Court is willing to consider allowing access for users such as Mr. Goodwin to allow retrieval of files, it is essential that the mechanism include a procedure that ensures that any materials the users access and copy or download are not files that have been illegally uploaded to their accounts, given that MPAA Members and other

---

[1] The MPAA Members are the following members of the Motion Picture Association of America: Paramount Pictures Corporation, Walt Disney Studios Motion Pictures, Twentieth Century Fox Film Corporation, Universal City Studios LLC, Sony Pictures Entertainment Inc., and Warner Bros. Entertainment Inc.

rights holders are certain to own the copyrights in many of the files stored on the servers. In addition, in no event should any Megaupload defendants or their representatives—who have not generally appeared in this proceeding, and who are not subject to the control and supervision of the Court—be allowed to access the Mega Servers under such a mechanism designed for the benefit of third party Megaupload users. Whether and under what conditions the Mega defendants should have access to the servers (again, assuming they are subject to the control of the Court) is a separate issue.

In short, the MPAA Members take no position on whether the Court should or should not exercise its equitable jurisdiction to respond to Mr. Goodwin's request. Our concern continues to be simply that if the Court were to allow such access, steps must be taken to ensure that the unauthorized copies of copyrighted content on the Mega Servers are not allowed to enter the stream of commerce.

Dated: June 5, 2012        By:    /s/ Julie M. Carpenter
                                  Julie M. Carpenter

                                  JENNER & BLOCK LLP
                                  Julie Carpenter (Virginia Bar No. 30421)
                                  Paul M. Smith (*Pro Hac Vice*)
                                  1099 New York Ave., N.W.
                                  Suite 900
                                  Washington, DC 20001
                                  Phone: 202-639-6000
                                  Fax: 202-639-6066

                                  *Attorneys for Interested Non-Party MPAA Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

William A. Burck
Derek L. Shaffer
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
*Counsel to Megaupload Limited*

Ira Rothken
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
*Counsel to Megaupload Limited*

Cindy A. Cohn
Legal Director and General Counsel
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Counsel to Electronic Frontier Foundation*

Christopher L. Harlow
SNR Denton US LLP
1301 K St. NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400 Telephone
(202) 408-6399 Facsimile
charlow@snrdenton.com
*Counsel to Carpathia Hosting, Inc.*

Marc J. Zwillinger
Robert F. Huff Jr.

ZwillGen PLLC
1705 N Street, NW
Washington, DC 20036
(202) 296-3585
*Counsel to Carpathia Hosting, Inc.*

Dated: June 5, 2012                <u>By: /s/ Julie M. Carpenter</u>
                                           Julie M. Carpenter
                                           JENNER & BLOCK LLP
                                           Julie Carpenter (Virginia Bar No. 30421)
                                           Paul M. Smith (*Pro Hac Vice*)
                                           1099 New York Ave., N.W.
                                           Suite 900
                                           Washington, DC 20001
                                           Phone: 202-639-6000
                                           Fax: 202-639-6066
                                           *Attorneys for Motion Picture Association of America Members*