IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:12CR3 |
| ) | |
| KIM DOTCOM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF THE UNITED STATES REGARDING JUNE 29, 2012 HEARING</u>**

In its June 13, 2012 pleading, (Dkt. 104), the United States requested that any hearing on Defense Counsel's pending motion for leave to enter a limited and special appearance, (Dkt. 96), be set for a later date because multiple members of the prosecution team were expected to be out of the district on June 29, 2012.   Yesterday, the United States learned that due to the cancellation of an out-of-district conference, those members of the prosecution team are now available.  Although the government still requests that the motion for leave be decided on the papers and without an oral hearing, the United States is available to proceed on June 29 to address the lack of necessity for additional limited appearances at this time.

Respectfully submitted,              Dated:  June 22, 2012

Neil H. MacBride
United States Attorney

By:  /s/ Ryan K. Dickey
     Ryan K. Dickey
     Jay V. Prabhu              Lanny A. Breuer
     Andrew Peterson              Assistant Attorney General
     Lindsay A. Kelly              U.S. Department of Justice
     Assistant United States Attorneys       Criminal Division

     Glenn C. Alexander
     Trial Attorney
     U.S. Department of Justice
     Computer Crime & Intellectual Property Section

**CERTIFICATE OF SERVICE**

I hereby certify that on the June 22, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to:

Craig C. Reilly, Esq.
111 Oronoco Street
Alexandria, VA 22314
Tele: (703) 549-5354
craig.reilly@ccreillylaw.com

William A. Burck, Esq.
Paul F. Brinkman, Esq.
Derek L. Shaffer, Esq.
Heather H. Martin, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
1299 Pennsylvania Avenue, NW, Suite 825
Washington, DC 20004
Tele: (202) 538-8000
williamburck@quinnemanuel.com
paulbrinkman@quinnemanuel.com
derekshaffer@quinnemanuel.com
heathermartin@quinnemanuel.com

Carey R. Ramos, Esq.
Robert L. Raskopf, Esq.
Andrew H. Schapiro, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tele: (212) 849-7000
careyramos@quinnemanuel.com
robertraskopf@quinnemanuel.com
andyschapiro@quinnemanuel.com

John S. Davis, V, Esq.
Williams Mullen
200 South 10th Street, 16th Floor
Richmond, VA 23219
Tele: (804) 420-6296
jsdavis@williamsmullen.com

Christopher L. Harlow, Esq.
Thomas R. Millar, Esq.
SNR Denton US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC 20005
Tele: (202) 408-6816
christopher.harlow@snrdenton.com
thomas.millar@snrdenton.com

Ira P. Rothken, Esq.
The Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
Tele: (415) 924-4250
ira@techfirm.net

Julie Moore Carpenter, Esq.
Jenner & Block LLP
1099 New York Ave, NW, Suite 900
Washington, DC 20001-4412
Tele: (202) 639-6000
jcarpenter@jenner.com

By:    /s/ Ryan K. Dickey
       Ryan K. Dickey
       Assistant United States Attorney
       United States Attorney's Office
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Phone: (703) 299-3700
       Fax:   (703) 299-3981
       Email: Ryan.Dickey@usdoj.gov