IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cr-3 |
| | ) | |
| KIM DOTCOM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Quinn Emanuel Urquhart & Sullivan LLP, The Rothken Law Firm, and Craig C. Reilly, Esq.'s (the "Movants") Motion for Leave To Enter Limited and Special Appearances on Behalf of the Defendants (Dkt. No. 96). Attached to the Motion are a proposed Motion to Dismiss the Indictment for lack of personal jurisdiction as to Defendant Megaupload (Ex. 1) and a Proposed *Farmer* Motion (Ex. 2).

For good cause appearing, it is hereby ORDERED that the Motion for Limited Appearance is GRANTED in PART and DENIED in PART.

The Movants may make a limited appearance on behalf of Defendant Megaupload for the purpose of challenging personal jurisdiction. The Court also GRANTS the government's request for an extended briefing schedule. No later than Friday, July 13, 2012, at 5:00 p.m., the government shall file a responsive pleading to the proposed Motion challenging jurisdiction. The Movants may file a reply no later than Wednesday, July 18, 2012, at 5:00 p.m. The parties shall notice a hearing on this Motion on a Friday subsequent to the conclusion of briefing.

The Movants' request to enter a limited appearance for the purpose of seeking *Farmer* relief is DENIED without prejudice. The Court understands the Movants' proposed Motion to

seek relief for all Defendants. As the Motion relates to the non-corporate Defendants, for the reasons previously discussed in open Court, the *Farmer* Motion remains premature. These Defendants are currently challenging extradition abroad. As the Motion relates to the corporate Defendant Megaupload, the Court will consider further motions for *Farmer* relief, if necessary, after an Order is entered on the Motion to Dismiss.

June 28, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge