Date: 07-27-12   Judge: LIAM O'GRADY   Reporter: Kathleen Elias w/Rudiger & Green
Time: 11:11 to 12:00

UNITED STATES of AMERICA

    Vs.

KIM DOTCOM; MEGAUPLOAD LIMITED;      1:12CR00003
VESTOR LIMITED; FINN BATATO;      Case Number
JULIUS BENCKO; SVEN ECHTERNACH;
MATHIAS ORTMANN; ANDRUS NOMM; and
BRAM VAN DER KOLK
Defendant's Name
Heather Martin
Craig Reilly      Jay Prabhu, Ryan Dickey
Counsel for Defendant      Counsel for Government

Matter called for:

(X) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Plea
( )Arraignment ( )Appeal from USMC ( ) Sentencing ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg ( )Pre-Indictment Plea () Other: _____

Defendant appeared: (X) in person   ( ) Failed to Appear
                (X) with Counsel ( ) without Counsel ( ) through counsel

Filed in open Court:
( ) Criminal Information ( )Plea Agreement ( )Statement of Facts ( ) Waiver of Indictment

Arraignment & Plea:
( ) WFA ( ) FA ( ) PG ( ) PNG Trial by Jury: ( )Demanded ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) _____
Motion for Dismissal of Count(s)_____ ( ) by U.S. ( ) by deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No
Case continued to _____ at_____ ( )Jury Trial ( )Bench Trial ( )Pre-
Guidelines Sentencing( )Guidelines Sentencing
( ) U.S. Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied
( ) Sentence of _____ Months heretofore imposed is reduced to a term of _____
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release
Court ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Defendant's [114] Motion to Dismiss Indictment for Lack of Personal Jurisdiction - argued and taken under advisement. Order to follow.