AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cr-00003-LO |
| Kim Dotcom, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carpathia Hosting, Inc.

Date:   11/06/2012

/s/ Jonathan S. Frankel
*Attorney's signature*

Jonathan S. Frankel (VSB # 40974)
*Printed name and bar number*

ZwillGen PLLC
1705 N Street N.W.
Washington, DC 20036
*Address*

jon@zwillgen.com
*E-mail address*

(202) 296-3585
*Telephone number*

(202) 706-5298
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2012, the foregoing APPEARANCE OF COUNSEL, was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ Jonathan S. Frankel
Jonathan S. Frankel (VSB # 40974)