UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:12-cr-0003 |
| | ) |
| KIM DOTCOM, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Kyle Goodwin, by and through his undersigned attorneys, hereby moves the Court to extend the deadline for the filing of his reply brief in support of his Motion to Unseal by seven days, to November 19, 2012. In support of the motion Mr. Goodwin declares as follows:

1. On October 22, 2012, Mr. Goodwin filed a Motion to Unseal documents related to search warrants in this case. On November 5, 2012, the United States filed its opposition to that motion, concurrently filing *ex parte* and under seal its statement of reasons as to why certain portions of the sealed materials should remain unsealed. The United States also filed *ex parte* and under seal proposed redacted versions of the sealed material.

2. On November 8, 2012, the Court ordered certain redacted materials unsealed.

3. Because those unsealed materials are relevant to Mr. Goodwin's reply in support of his Motion to Unseal, he hereby moves for an additional seven days to submit his reply in support of his Motion.

1

4. Counsel for Mr. Goodwin contacted counsel for the government regarding this motion, and opposing counsel consents to the extension of the deadline. A proposed order is attached to this motion.

Dated: November 9, 2012

Respectfully submitted,

    /s/ John S. Davis
John S. Davis
WILLIAMS MULLEN
200 So. 10th St.
Richmond, VA 23218
Telephone: (804) 420-6296
Facsimile: (804) 420-6507
Email: jsdavis@williamsmullen.com

Julie P. Samuels
Corynne McSherry
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: julie@eff.org

Abraham D. Sofaer
THE HOOVER INSTITUTION
Stanford University
434 Galvez Mall
Stanford, CA 94305-6010
Telephone: (650) 723-1754
Email: asofaer@stanford.edu

*Attorneys for Interested Party Kyle Goodwin*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Christopher Harlow
Thomas Millar
SNR DENTON
1301 K St. NW, Suite 600 East Tower
Washington, D.C.  20005

*Counsel to Carpathia Hosting, Inc.*

Ira Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

*Counsel to Megaupload Limited*

Ed McNicholas
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel to Megaupload Limited*

Stephen Fabrizio
JENNER & BLOCK
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

*Counsel to Motion Picture Association of America*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2012            _____/s/_____
                                   John S. Davis