UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:12-cr-0003 |
| | ) |
| KIM DOTCOM, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER**

On November 8, 2012, this Court ordered that certain sealed warrant materials be unsealed. Those materials were the subject of a Motion to Unseal filed by Kyle Goodwin on October 22, 2012. On November 5, 2012, the government filed its response to that motion. Mr. Goodwin's reply brief is currently due to be filed November 13, 2012 (accounting for the federal holiday on November 12, 2012).

Based on the motion of Mr. Goodwin, with the consent of the United States, the Court hereby extends the deadline for the filing of Mr. Goodwin's reply brief to November 19, 2012.

It is SO ORDERED.

November ____, 2012
Alexandria, VA

                                    _____
                                    Hon. Liam O'Grady
                                    United States District Judge

1