# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>KIM DOTCOM, ET AL.,<br><br>Defendants. | Civil Action No. 1:12-CR3 |

## ORDER

Before the Court is a motion (Dkt. No. 128) by Quinn Emanuel Urquhart & Sullivan LLP to enter a limited appearance on behalf of Defendant Megaupload Limited for the purpose of renewing its motion to dismiss the indictment without prejudice. The government has opposed the motion (Dkt. No. 132). The Court has considered the briefs, and it is now **ORDERED**:

1. Quinn's motion to enter a limited appearance (Dkt. No. 128) is **GRANTED**.
2. Quinn may file its renewed motion to dismiss no later than December 14, 2012.
3. The government may file a response no later than January 15, 2013.
4. Quinn may file a reply no later than 14 days after the government files its response.
5. The Court will notify the parties if a hearing on the motion is necessary.

November 15 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge