# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>KIM DOTCOM, ET AL.,<br><br>Defendants. | Civil Action No. 1:12-CR3 |

## ORDER

The clerk is hereby instructed to make the following items part of the record in the above-captioned matter:

1. Search warrant materials, redacted as ordered, from these matters: 12-sw-34; 12-sw-35; 12-sw-36; 12-sw-37; 12-sw-40; 12-sw-41.

2. The orders from the matters listed in ¶ 1 directing that the redacted search warrant materials be unsealed.

November 15 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge