**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| | | Civil Action No. 1:12-CR3 |
| -v- | | |
| KIM DOTCOM, ET AL., | | |
| | Defendants. | |

## ORDER

In light of this Court's recent order unsealing search warrant materials related to this case, Mr. Kyle Goodwin's motion for an extension of time to file a reply (Dkt. No. 141) is **GRANTED**. Mr. Goodwin is given until November 28, 2012 to file his reply to the government's opposition to his motion to unseal certain documents (Dkt. No. 131), and the government may file a surreply no later than December 12, 2012.

November 15, 2012
Alexandria, Virginia

/s/ ⟨D⟩
Liam O'Grady
United States District Judge