IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV - 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of Seizure of: | Case No. 1:12 SW 34 |
| The Domain Name Megaupload.com and Nine Associated Domain Names | |

## ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

The Honorable Liam O'Grady
United States District Judge

Date: Nov 7, 2012
Alexandria, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV - 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Seizure of:

The Domain Name Megaclick.us

Case No. 1:12 SW 35

## ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

                                                                                       _____
                                                                   The Honorable Liam O'Grady
                                                                   United States District Judge

Date: Nov 7, 2012
Alexandria, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV - 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Seizure of:

The Domain Names Megaupload.org,
Megaclicks.org, and Megastuff.org

Case No. 1:12 SW 36

## ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

_____
The Honorable Liam O'Grady
United States District Judge

Date: Nov 7, 2012
Alexandria, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV -7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Seizure of: )
) Case No. 1:12 SW 37
The Domain Names Megastuff.info and )
Megaworld.mobi )

# ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

/s/ LOG
The Honorable Liam O'Grady
United States District Judge

Date: Nov 7, 2012
Alexandria, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV - 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Seizure of:

The Domain Names Megastuff.co and
Megaclicks.co

)
)  Case No. 1:12 SW 40
)
)
)
)
)
)
)

## ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

/s/
The Honorable Liam O'Grady
United States District Judge

Date: Nov 7, 2012
Alexandria, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | )  |
|---|---|
| In the Matter of the Search of: | ) Case No. 1:12 SW 41 |
| | ) |
| THE PREMISES LOCATED AT 21691 Filigree | ) |
| Court, 21701 Filigree Court, and 21715 Filigree | ) |
| Court, Bldg. D, Ashburn, VA 20147 | ) |
| | ) |

## ORDER

WHEREAS, on January 13, 2012, the Court entered an Order sealing the seizure warrant, applications for seizure warrant, affidavit in support of the seizure warrant, and motion to seal ("the search warrant materials") in the above captions matter until further Order of the Court; and

WHEREAS, on October 22, 2012, Kyle Goodwin, a member of the public, moved to unseal certain search warrants related to criminal matter 1:12 CR 3; and

WHEREAS, the United States, in response to Mr. Goodwin's motion, proposed that the Court unseal a minimally redacted version of the search warrant materials; and

THE COURT, having considered the original search warrant materials, Mr. Goodwin's motion, the United States' response, the *ex parte*, sealed Statement of Reasons by the United States for Retaining Certain Information Under Seal, hereby finds that:

(1) the government has a compelling interest in keeping the redacted material sealed;

(2) the government's interest in keeping the redacted material sealed outweighs the public's interest in disclosure; and

(3) having considered alternatives to the proposed redactions finds that none will adequately protect that interest; it is hereby

ORDERED that the search warrant materials are partially unsealed. The Clerk may publicly release the redacted version of the search warrant materials attached to this Order. The unredacted copies of the search warrant materials, including the government's *ex parte*, sealed Statement of Reasons will remain sealed until further Order of the Court.

The Honorable Liam O'Grady
United States District Judge

Date: Nov 7, 2012
Alexandria, VA