IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -v- <br><br> KIM DOTCOM, ET AL., <br><br> Defendants. | Civil Action No. 1:12-CR3 |

### ORDER

The Court finds it is in the interest of justice to allow the government to file its surreply to interested party Kyle Goodwin's motion to unseal certain documents two days late, and no prejudice to the Defendant will result. Therefore, it is now **ORDERED**:

1. The government's motion for leave to file out of time (Dkt. No. 150) is **GRANTED**.
2. The clerk shall docket Attachment 1 to the motion as the government's surreply to the aforementioned motion.

December 17, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge