IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



In the matter of the search of: )
)
INFORMATION ASSOCIATED WITH ) 1:10SW320
MEGAUPLOAD.COM THAT IS STORED )
AT THE PREMISES CONTROLLED BY )
CARPATHIA HOSTING )

## ORDER TO UNSEAL SEARCH WARRANT

Upon motion of UNITED STATES, it is hereby

ORDERED, ADJUDGED, and DECREED that the application for search warrant, the affidavit in support of the search warrant, the Motion to Seal, and Order to Seal in the above-captioned matter shall be unsealed.

/s/
Ivan D. Davis
United States Magistrate Judge

Date: February 10, 2012
Alexandria, Virginia

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK