# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-cr-00003 |
| KIM DOTCOM, et al., | ) |
| Defendant. | ) |

## MOTION FOR WITHDRAWAL OF SNR DENTON US LLP
## AS COUNSEL FOR CARPATHIA HOSTING, INC.

Pursuant to LR 83.1(G), the undersigned, Thomas R. Millar, hereby gives notice of withdrawal of the appearance of SNR Denton US LLP (both Christopher Harlow and Thomas Millar) on behalf of Carpathia Hosting, Inc. in the above-styled action.  Carpathia has obtained other counsel whose appearance was entered on November 6, 2012.  As such, the withdrawal requested herein will not affect the scheduling in the matter and will not prejudice any party.  This withdrawal of appearance is made with the client's consent.

Respectfully submitted,

Dated:  February 1, 2013     **SNR Denton US LLP**

/s/ Thomas R. Millar
Thomas R. Millar (Va. Bar. No. 78829)
SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005
202-408-6400 (Telephone)
202-408-6399 (Facsimile)
thomas.millar@snrdenton.com
*Attorney for Carpathia Hosting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, the foregoing Motion for Withdrawal was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ Thomas R. Millar
Thomas R. Millar

25527832\V-1