UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIM DOTCOM, *et al.*, )<br>        Defendants )<br>_____) | Criminal No. 1:12CR3 |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael K. Lowman, of Jenner & Block LLP, who is admitted to the Eastern District of Virginia bar, as counsel in this action on behalf of Paramount Pictures Corporation, Walt Disney Studios Motion Pictures, Twentieth Century Fox Film Corporation, Universal Studios LLC, Sony Pictures Entertainment Inc., and Warner Bros. Entertainment Inc. ("MPAA members").

Dated: May 31, 2016

                                          Respectfully Submitted,

                                          /s/ *Michael K. Lowman*

                                          JENNER & BLOCK
                                          Michael K. Lowman
                                          1099 New York Avenue, N.W.
                                          Suite 900
                                          Washington, DC  20001
                                          Phone:  202 639-6018
                                          Fax:  202 661-4977

                                          *Attorney for Motion Picture Association of America members*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2016, the foregoing NOTICE OF APPEARANCE was filed and served electronically by the Court's CM/ECF system upon all registered users.

                                      */s/ Michael K. Lowman*
                                      Michael K. Lowman (VSB # 41663)