UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12CR3 |
| | ) | |
| KIM DOTCOM, *et al.,* | ) | |
| Defendants | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Counsel for Paramount Pictures Corporation, Walt Disney Studios Motion Pictures, Twentieth Century Fox Film Corporation, Universal Studios LLC, Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc. ("Motion Picture Association of America members" or "MPAA members"), Julie M. Carpenter of Jenner & Block, hereby moves to withdraw.  Michael K. Lowman of Jenner & Block, who is admitted to the Eastern District of Virginia bar, has entered an appearance on behalf of the MPAA members and will remain as counsel.  The withdrawal of counsel will not alter any deadlines in this matter or cause any prejudice.  Counsel for the United States and specially-appearing counsel for Defendants do not object to the motion, and a hearing is waived.

Dated: June 1, 2016

Respectfully submitted,

/s/ *Julie M. Carpenter*

JENNER & BLOCK
Julie M. Carpenter
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Phone:  202-639-6029
Fax:  202-639-6066

*Attorney for Motion Picture Association of America members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, the foregoing UNOPPOSED MOTION TO WITHDRAW AS COUNSEL was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Julie M. Carpenter*
Julie M. Carpenter (VSB # 30421)