UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12CR3 |
| | ) | |
| KIM DOTCOM, *et al.*, | ) | |
| Defendants | ) | |
| _____ | ) | |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

    Having reviewed the Unopposed Motion to Withdraw as Counsel filed by Julie M. Carpenter, and for good cause shown, it is hereby ORDERED, that the Motion to Withdraw is GRANTED.  It is further ORDERED that the Clerk shall remove Julie M. Carpenter as counsel of record for the non-party MPAA members.

It is so Ordered,

Entered this ___ day of _____, 2016.

_____
United States District Court Judge