UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIM DOTCOM, *et al.*, )<br>Defendants )<br>_____) | Criminal No. 1:12CR3 |

**ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Having reviewed the Unopposed Motion to Withdraw as Counsel filed by Julie M. Carpenter, and for good cause shown, it is hereby ORDERED, that the Motion to Withdraw is GRANTED. It is further ORDERED that the Clerk shall remove Julie M. Carpenter as counsel of record for the non-party MPAA members.

It is so Ordered.

Entered this 2nd day of June, 2016.

_____
United States District Court Judge

/s/
Liam O'Grady
United States District Judge