

June 21, 2016

Magistrate Judge John F. Anderson
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798
*via ECF*

>Re:   Meet and Confer in Case No. 1:12cr00003, *United States v. Kim Dotcom, et al.*; Civil Action No. 1:12cv0327 (LO/IDD), *Microhits, Inc., et al v. Megaupload, Ltd., et al.*; Civil Action No. 1:14cv0362 (LO/IDD), *Twentieth Century Fox Film Corporation, et al. v. Megaupload Ltd, et al.*; and Civil Action No. 1:14cv0374 (LO/IDD), *Warner Music Group Corp., et al. v. Megaupload Ltd., et al.*

Dear Magistrate Judge Anderson:

We represent Kyle Goodwin, a former customer of Megaupload who lost access to his valuable property as a result of the government's seizure of servers that stored Megaupload data. In 2012, Mr. Goodwin sought relief from this Court, requesting that the Court establish a procedure for the return of his data. That motion remains pending before the Court. Both of the companies currently in possession of the hard drives containing Megaupload user data, Cogent and QTS Realty Trust, Inc. (the successor to Carpathia Hosting Inc.), have indicated that the hard drives are subject to physical wear over time and that the data may become difficult or impossible to retrieve.

According to Judge O'Grady's Order of June 2, 2016 in the *Twentieth Century Fox* case (ECF No. 58), parties to the above-cited cases will be meeting and conferring with Your Honor to determine how best to preserve the Megaupload data. It is our understanding that the meeting will take place on June 27 at 2pm, and that counsel for Cogent and QTS will be present. Counsel for Mr. Goodwin respectfully request to participate in the meeting. John Davis, of the Williams Mullen law firm, is prepared to attend on behalf of Mr. Goodwin.

Counsel for Mr. Goodwin has notified all of the parties to the above-captioned actions that we seek to participate in the meeting. Megaupload consents to our participation; no other parties have responded.

815 Eddy Street • San Francisco, CA 94109 USA
voice +1 415 436 9333    fax +1 415 436 9993    web www.eff.org    email information@eff.org

Magistrate Judge Anderson
June 21, 16
Page 2 of 2

      We believe Monday's meeting should address the probable location of Megaupload customers' data, including the data held by Cogent and QTS. The meeting should also address the scope and volume of user data that does not infringe the copyrights of the civil plaintiffs, and how best to preserve that data, including, if necessary, the unfreezing of Megaupload's funds for that purpose.

      Respectfully submitted,

      /s/ John S. Davis
      John S. Davis
      WILLIAMS MULLEN
      200 So. 10th St.
      Richmond, VA 23218
      Telephone: (804) 420-6296
      Facsimile: (804) 420-6507
      Email: jsdavis@williamsmullen.com

      Corynne McSherry
      ELECTRONIC FRONTIER FOUNDATION
      815 Eddy Street
      San Francisco, CA 94109
      Telephone: (415) 436-9333
      Facsimile: (415) 436-9993
      Email:corynne@eff.org

      Abraham D. Sofaer
      THE HOOVER INSTITUTION
      Stanford University
      434 Galvez Mall
      Stanford, CA 94305-6010
      Telephone: (650) 723-1754
      Email: asofaer@stanford.edu

      *Attorneys for Interested Party Kyle Goodwin*

cc:      Jay V. Prabhu (jay.prabhu@usdoj.gov)
          Anthony Barlo
          Kenneth L. Doroshow (kdoroshow@jenner.com)
          Jonathan S. Frankel (jon@zwillgen.com)
          Bart Huff (bart@zwillgen.com)
          Craig C. Reilly (craig.reilly@ccreillylaw.com)
          Neal H. Flaster
          Eric C. Wiener (ewiener@wc.com)