UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM DOTCOM *et al.*,<br><br>Defendants. | Criminal No. 1:12-CR-3 |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America hereby informs the Court that Senior Counsel Ryan K.J. Dickey is terminating his appearance as counsel of record for the government in this matter. Other government counsel on the docket at the time of this filing will remain for the United States.

Date: July 3, 2025

Respectfully submitted,

ERIK S. SIEBERT
United States Attorney

BY: /s/ Ryan K.J. Dickey
RYAN K.J. DICKEY
Senior Counsel

U.S. Department of Justice, Criminal Division
Computer Crime and Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20530